USCA1 Opinion

 

 May 4, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-2273 DAVID A. and CATHERINE M. JONES Appellants. v. E. MARK NOONAN, TRUSTEE, ET AL., Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Steven J. McAuliffe, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Boudin, Circuit Judges. ______________ ____________________ David A. Jones on brief for appellants. ______________ Nancy H. Michels and Michels & Michels on brief for appellees. ________________ _________________ ____________________ ____________________ Per Curiam. Appellants David and Catherine Jones appeal __________ the order of the United States Bankruptcy Court for the District of New Hampshire, dated June 7, 1994, affirmed by the district court, granting appellees relief, pursuant to 11 U.S.C. 362(d), from the automatic stay provision of the Bankruptcy Code, in order that appellees might continue with their attempt to evict appellants from property appellants had leased in Gloucester, Massachusetts. Appellants failed to seek a stay of this order pending appeal. See Fed. R. ___ Bank. P. 8005. Appellees thereupon obtained a writ of execution from the Massachusetts housing court and appellants were removed from the leased property on June 13, 1994. This judgment, which is now final, is entitled to full faith and credit before this court. See 28 U.S.C. 1738. Since we ___ can no longer provide any effective relief to appellants, this case must be dismissed as moot. See In re Public _________ __ ____ ___ _____________ Service Co. of New Hampshire, 963 F.2d 469, 471-76 (1st Cir. _____________________________ 1992) (case moot where failure to seek stay of bankruptcy court order resulted "in circumstances were no effective relief can be provided").